1  **MILSTEIN ADELMAN, LLP**
Gillian L. Wade, State Bar No. 229124
2  gwade@milsteinadelman.com
Sara D. Avila, State Bar No. 263213
3  savila@milsteinadelman.com
2800 Donald Douglas Loop North
4  Santa Monica, California 90405
Telephone:   (310) 396-9600
5  Fax:        (310) 396-9635

6  **CARNEY BATES & PULLIAM PLLC**
Hank Bates, State Bar No. 167688
7  hbates@carneywilliams.com
Allen Carney
8  acarney@cbplaw.com
David F. Slade
9  dslade@cbplaw.com
11311 Arcade Drive, Suite 200
10  Little Rock, Arkansas 72212
Telephone: 501-312-8500
11
**KU & MUSSMAN, PA**
12  M. Ryan Kasey
ryan@kumussman.com
13  12550 Biscayne Blvd., Suite 406
Miami, Florida 33181
14  Telephone: (305) 891-1322

15  Attorneys for Plaintiffs,
Toyer Grear, Joycelyn Harris and the Class
16

17                 UNITED STATES DISTRICT COURT

18           FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20  | | |
|---|---|
| TOYER GREAR and JOYCELYN HARRIS, individually and on behalf of all others situated; | Case No.  3:14-cv-05333-JSC |
| | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Plaintiff, | |
| vs. | |
| | |
| COMCAST CORPORATION, a Pennsylvania Corporation. | |
| Defendants. | |

21

22

23

24

25

26

27

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

1    Plaintiffs Toyer Grear and Joycelyn Harris, by and through their counsel, hereby dismiss this

2  action without prejudice under Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

3

4  DATED: August 31, 2015                    Respectfully submitted,

5                                            MILSTEIN ADELMAN, LLP

6
                                    By:    */s/ Gillian L. Wade*
7
                                           Gillian L. Wade
8                                          Sara D. Avila

9                                          *Attorneys for Plaintiffs,*
10                                         *Toyer Grear and Joycelyn Harris*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**